B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Cadastre, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA AMCAD LLC; DBA Amcad Digital Conversion, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**54-2020897** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13650 Dulles Technology Drive**<br>**Suite 400**<br>**Herndon, VA**                                     ZIP Code **20171** | Street Address of Joint Debtor (No. and Street, City, and State):                                     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfax** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>  See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)         Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **American Cadastre, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: <br> **See Attached Schedule 1** | Case Number: | Date Filed: ||
| District: <br> **Delaware** | Relationship: | Judge: ||

| Exhibit A | Exhibit B <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(04/13) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **American Cadastre, LLC** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X *Nicholas JB* (signature)
Signature of Attorney for Debtor(s)

**Nicholas J. Brannick (No. 5721)**
Printed Name of Attorney for Debtor(s)

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Firm Name

**500 Delaware Avenue, Suite 1410**
**Wilmington, DE 19801**

_____
Address

**302-652-3131  Fax: 302-652-3117**
Telephone Number

**September 19, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *P. Conley* (signature)
Signature of Authorized Individual

**Patrick Conley**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 19, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **American Cadastre, LLC**                                        Case No. _____

                                    Debtor(s)

## FORM 1. VOLUNTARY PETITION

### Schedule 1

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code:

| | |
|---|---|
| AmCad Holdings, LLC | Case No. 14 - |
| American Cadastre, L.L.C. | Case No. 14 - |

## WRITTEN CONSENT OF THE
## SOLE MEMBER OF

## AMERICAN CADASTRE, L.L.C.

The undersigned, being the sole member (the "Member") of American Cadastre, L.L.C., a Virginia limited liability company (the "Company") does hereby consent to, authorize and ratify the act ions set forth in the following resolutions as of this __ day of September, 2014:

**WHEREAS**, the Company has commenced or is about to commence a case (the "Chapter 11 Case") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. Sections 101 et seq. (the "Bankruptcy Code") by filing a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

**WHEREAS**, in furtherance of and pursuant to the Chapter 11 Case, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties for the Company to sell its Case Management System division (the "CMS Unit"), Land Records division (the "Land Records Unit") Document Management Services, e-filing division (the "Managed Services Unit", and with the CMS Unit and the Land Records Unit, individually a "Business Unit" and collectively, the "Business Units") and its eUniversa software solutions product line (the "eUniversa Product") in one or a series of transactions, by entering into one or more asset purchase agreements; now, therefore, it be

**RESOLVED**, that the undersigned does hereby consent to and deems it to be in the best interests of the Company to sell the CMS Unit, the Land Records Unit, the Managed Services Unit and the eUniversa Product in one or a series of transactions; and it is further

**RESOLVED**, that Pat Conley, the President of the Company, and Jim Harriot, Chief Financial Officer of the Company (each an "Authorized Officer", and collectively, the "Authorized Officers") be and each is hereby authorized, directed and empowered, for and on behalf of the Company to enter into, execute and deliver one or more asset purchase agreements for the sale of the assets of one or more of the Business Units, the eUniversa Product or other assets of the Company pursuant to Section 363 of the Bankruptcy Code as such Authorized Officer upon consultation with the Member shall approve; and it is further

**RESOLVED**, that the Authorized Officers take all such further action, perform such further duties and execute and deliver or file such additional agreements, documents, applications, instruments, certificates and corporate papers as contemplated in or by the aforementioned asset purchase agreements as the Authorized Officers or either Authorized Officer may otherwise deem necessary or desirable in order to accomplish the purpose and intent of the foregoing Resolutions, the taking of such action, the performance of such duties and the execution and delivery of such agreements, documents, applications, certificates, instruments and papers to be conclusive with regard to such necessity or desirability; and it is further

**RESOLVED**, that all action heretofore taken and all documentation heretofore delivered by an Authorized Officer or the Authorized Officers in furtherance of the foregoing is hereby

ratified, adopted, approved and confirmed, and declared to be binding and enforceable obligations of the Company in accordance with the respective terms and provisions thereof; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the sole Member of the Company and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed in one or more counterparts, each of which will be deemed to be an original copy, and all of which, when taken together, will be deemed to constitute on and the same Written Consent. 'Pdf' and facsimile signatures shall be sufficient for the execution of this Written Consent.

[Remainder of page intentionally blank]

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of the Member of American Cadastre, L.L.C. as of the date set forth above.

**MEMBER:**

AmCad Holdings, LLC

By: _[signature]_
Name:
Title:

53126/0001-10952652v4

## AMERICAN CADASTRE, L.L.C.

### (Chapter 11 Bankruptcy Petition)

### WRITTEN CONSENT OF THE MEMBER

The undersigned, being the sole member (the "Member") of American Cadastre, L.L.C., a Virginia limited liability company (the "Company"), does hereby consent to and adopt the following resolutions as of this ___ day of September, 2014:

**WHEREAS**, in light of the Company's current financial condition, the Member has investigated, discussed and considered all options for addressing the Company's financial challenges and, after consultation with the Company's advisors, has concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company (the "Chapter 11 Case") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Company intends to continue to operate its business as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code; and

**WHEREAS**, the Company desires to obtain a senior, secured, superpriority priming debtor in possession revolving loan (the "Revolving Loan") to fund the operating expenses and general corporate purposes during the Chapter 11 Case; and

**WHEREAS**, the Company desires to borrow the aforementioned Revolving Loan by entering into a certain Senior Secured Super Priority Debtor in Possession Priming Credit Agreement and related documents (the "DIP Credit Agreement") with Fifth Street Finance Corporation (the "Lender"); now, therefore, it be

**RESOLVED**, that in the judgment of the Member of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that each of Pat Conley, the President of the Company, and Jim Harriot, Chief Financial Officer of the Company (each an "Authorized Officer", and collectively, the "Authorized Officers") is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as said Authorized Officer or Authorized Officers executing the same shall determine; and it is further

**RESOLVED**, that the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. is hereby engaged as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the firm of SOLIC Capital Advisors, LLC is hereby engaged as a financial advisor and investment banker to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and they hereby are authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds they deem necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 case; and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, including without limitation, the amendment of any organizational, constitutional or similar documents of subsidiaries of the Company for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such officer shall be or become necessary of the Company's assets; and it is further

**RESOLVED,** that the filing by the Company of a petition seeking relief under the provisions of the Bankruptcy Code shall not dissolve the Company; and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and they hereby are hereby authorized, directed and empowered, for and on behalf of the Company to obtain the Revolving Loan from the Lender; and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and they hereby are hereby authorized, directed and empowered, for and on behalf of the Company to enter into, execute and deliver the DIP Credit Agreement in the form previously provided to the undersigned with such changes and revision as such Authorized Officer shall approve as evidenced by such Authorized Officers execution and delivery thereof;

**RESOLVED**, that the Authorized Officers take all such further action, perform such further duties and execute and deliver or file such additional agreements, documents, applications, instruments, certificates and corporate papers as contemplated in or by the DIP Credit Agreement or as the Authorized Officers or either Authorized Officer may otherwise deem necessary or desirable to accomplish obtaining the Revolving Loan and consummating the transaction contemplated by DIP Credit Agreement; and it is further

**RESOLVED**, that any and all past actions heretofore taken by an Authorized Officer of the Company or the Authorized Officers of the Company in the name and on behalf of the Company in furtherance of any or all of the proceeding resolutions be, and the same hereby are, ratified, confirmed and approved; and it is further

**RESOLVED**, that this Written Consent shall serve in lieu of a special meeting of the sole Member of the Company and the undersigned hereby waives all requirements as to notice of a meeting; and it is further

**RESOLVED**, that this Written Consent may be executed in one or more counterparts, each of which will be deemed to be an original copy, and all of which, when taken together, will be deemed to constitute on and the same Written Consent. 'Pdf' and facsimile signatures shall be sufficient for the execution of this Written Consent.

[The remainder of this page is intentionally left blank.]

IN WITNESS WHEREOF, the undersigned has executed this Written Consent of the Member of American Cadastre, L.L.C. as of the date set forth above.

**MEMBER:**

AmCad Holdings, LLC

By: _____/s/_____
Name:
Title:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    **American Cadastre, LLC**                Case No. _____

                                        Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Estate of H. James Boyington, Jr.<br>c/o the Law Office of Jessica M. Warren<br>Attn: Carlos Trevino<br>609 West 9th Street<br>Austin, TX 78701 | Attn: Carlos Trevino<br>Estate of H. James Boyington, Jr.<br>c/o the Law Office of Jessica M. Warren<br>609 West 9th Street<br>Austin, TX 78701 | Promissory Note | | 1,314,842.35 |
| Fortitude International LLC<br>Attn: Ashley Laporte<br>P.O. Box 2348<br>Merrifield, VA 22116 | Fortitude International LLC<br>Attn: Ashley Laporte<br>P.O. Box 2348<br>Merrifield, VA 22116 | Contract Labor | | 1,053,839.40 |
| Sagent Partners LLC<br>Attn: Christine Trask<br>1577 Spring Hill Road<br>Suite 400<br>Vienna, VA 22182 | Sagent Partners LLC<br>Attn: Christine Trask<br>1577 Spring Hill Road<br>Vienna, VA 22182 | Contract Labor | | 341,996.00 |
| Sedona Staffing<br>Attn: Sue Honsey<br>600 35th Avenue<br>Moline, IL 61265 | Sedona Staffing<br>Attn: Sue Honsey<br>600 35th Avenue<br>Moline, IL 61265 | Contract Labor | | 305,993.42 |
| Open Systems<br>Attn: Dina Rizzo<br>462 Seventh Avenue<br>Floor 15<br>New York, NY 10018 | Open Systems<br>Attn: Dina Rizzo<br>462 Seventh Avenue<br>New York, NY 10018 | Contract Labor | | 281,616.43 |
| Rocksys International Inc.<br>Attn: Ravi Ramakrishnan<br>10519 Dunn Meadow Road<br>Vienna, VA 22182 | Rocksys International Inc.<br>Attn: Ravi Ramakrishnan<br>10519 Dunn Meadow Road<br>Vienna, VA 22182 | Contract Labor | | 252,921.00 |
| Dhenuvakonda V. Rao<br>20681 Erskine Terrace<br>Ashburn, VA 20147 | Dhenuvakonda V. Rao<br>20681 Erskine Terrace<br>Ashburn, VA 20147 | Promissory Note, date of note: January 1, 2011 | | 197,856.40 |
| Choate Hall & Stewart LLP<br>Attn: TJ Murphy<br>Two International Place<br>Boston, MA 02110-4104 | Choate Hall & Stewart LLP<br>Attn: TJ Murphy<br>Two International Place<br>Boston, MA 02110-4104 | Legal Services | | 154,680.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **American Cadastre, LLC**  
　　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sri Celamkoti<br>3793 Louise Avenue<br>Chantilly, VA 20151 | Sri Celamkoti<br>3793 Louise Avenue<br>Chantilly, VA 20151 | Unpaid Bonus | | 125,000.00 |
| Northwest Federal Credit Union<br>Attn: George Shoemaker<br>220 Sprint Street<br>Herndon, VA 20170 | Northwest Federal Credit Union<br>Attn: George Shoemaker<br>220 Sprint Street<br>Herndon, VA 20170 | Expired Lease | | 105,660.15 |
| Hyland Software<br>Attn: Greg Kozel<br>28500 Clemens Road<br>Westlake, OH 44145 | Hyland Software<br>Attn: Greg Kozel<br>28500 Clemens Road<br>Westlake, OH 44145 | Trade Debt | | 96,437.38 |
| CODIFYD<br>Attn: Stuart Crabbe<br>800 W. Hurran Street<br>Suite 200<br>Chicago, IL 60642 | CODIFYD<br>Attn: Stuart Crabbe<br>800 W. Hurran Street<br>Suite 200<br>Chicago, IL 60642 | Trade Debt | | 60,277.28 |
| Aronson & Company<br>Attn: Hope Lane<br>805 King Farm Boulevard<br>Suite 300<br>Rockville, MD 20850 | Aronson & Company<br>Attn: Hope Lane<br>805 King Farm Boulevard<br>Rockville, MD 20850 | Accounting Services | | 50,408.00 |
| Edward Berkowitz<br>1830 Fountain Drive<br>Apt. 308<br>Reston, VA 20190 | Edward Berkowitz<br>1830 Fountain Drive<br>Apt. 308<br>Reston, VA 20190 | Executive Severance | | 47,025.00 |
| Mahesh Rengaswamy<br>11067 Saffold Way<br>Reston, VA 20190 | Mahesh Rengaswamy<br>11067 Saffold Way<br>Reston, VA 20190 | Executive Severance | | 42,125.00 |
| Gary Egner<br>9486 Strausser NW<br>Massillon, OH 44646 | Gary Egner<br>9486 Strausser NW<br>Massillon, OH 44646 | Executive Severance | | 42,125.00 |
| Addison Group<br>Attn: Joshua Paloma<br>7076 Solutions Center<br>Chicago, IL 60677-7000 | Addison Group<br>Attn: Joshua Paloma<br>7076 Solutions Center<br>Chicago, IL 60677-7000 | Contract Labor | | 40,980.00 |
| William Earl<br>47831 Scotsborough Square<br>Sterling, VA 20165 | William Earl<br>47831 Scotsborough Square<br>Sterling, VA 20165 | Executive Severance | | 39,525.00 |
| Maroon Consultants, LLC<br>Attn: JD Salinas<br>241 IH-10 West 217-717<br>San Antonio, TX 78257 | Maroon Consultants, LLC<br>Attn: JD Salinas<br>241 IH-10 West 217-717<br>San Antonio, TX 78257 | Contract Labor | | 32,430.02 |

B4 (Official Form 4) (12/07) - Cont.

In re **American Cadastre, LLC**  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Pillsbury Winthrop Shaw Pittman LLP**<br>**Attn: Matthew Schwartz**<br>**P.O. Box 601240**<br>**Charlotte, NC 28260-1240** | **Pillsbury Winthrop Shaw Pittman LLP**<br>**Attn: Matthew Schwartz**<br>**P.O. Box 601240**<br>**Charlotte, NC 28260-1240** | **Legal Services** | | 25,785.42 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 19, 2014**      Signature _/s/ Patrick Conley_  
                                              **Patrick Conley**  
                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re  **American Cadastre, LLC**
_____,
Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AmCad Holdings, LLC**<br>**13650 Dulles Technology Drive**<br>**Suite 400**<br>**Herndon, VA 20171** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 19, 2014**        Signature _____
                                     Patrick Conley
                                     President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Delaware

In re  **American Cadastre, LLC**  
                          Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Cadastre, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AmCad Holdings, LLC**  
**13650 Dulles Technology Drive**  
**Suite 400**  
**Herndon, VA 20171**

☐ None [*Check if applicable*]

**September 19, 2014**  
Date

Nicholas J. Brannick (No. 5721)  
Signature of Attorney or Litigant  
Counsel for  **American Cadastre, LLC**  
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**  
**500 Delaware Avenue, Suite 1410**  
**Wilmington, DE 19801**  
**302-652-3131 Fax:302-652-3117**